# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**MAIKEL POMO BERMUDEZ ,**

        Petitioner,

        vs.

**WARDEN, CALIFORNIA CITY
IMMIGRATION CENTER,**

        Respondent.

_____ /

**1:26–CV–06137–VC  (HC)**

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C.  § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

   DATED:  8/5/26

                                     /s/  Vince Chhabria
                                   United States District Judge